**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Pedro Antonio HERNANDEZ,**
**Defendant–Appellant.**

**No. 05–20906**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 18, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Leslie Donovan Banks, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM: *

Court-appointed counsel for Pedro Antonio Hernandez has renewed his motion for leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Hernandez has not filed a response to the renewed motion.

Our independent review of counsel's brief and the record discloses no nonfrivolous issue. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Hernandez's motion to proceed in forma pauperis on appeal and for appointment of new counsel is DENIED. His motion for an extension of time to respond to counsel's initial *Anders* motion is DENIED as moot.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.